RAIMONDO MALULO, Respondent, v. THOMAS WILLIAMS and Others, Copartners, etc., Defendants, Impleaded with RESOLVED CORPORATION, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

ANTHONY A. LUTFY, Respondent, v. BANKERS AND SHIPPERS INSURANCE COMPANY OF NEW YORK, Appellant.— Order modified by providing that if defendant be unable to furnish any of the particulars required, it shall state so under oath and as so modified affirmed, with ten dollars costs and disbursements. No opinion. The bill of particulars to be served within ten days from service of order. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

I. & M. REALTY Co., INC., Appellant, Respondent, v. HARTED REALTY CORPORATION and Others, Respondents, Appellants.— Order affirmed, without costs to either party. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

THE TRAVELERS INSURANCE COMPANY, Respondent, v. A. PERLMAN IRON WORKS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

LEAH ROTHCHILD, Respondent, v. ISIDOR ROTHCHILD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

JOHN H. CARPENTER, Appellant, v. FRANK B. HALL & Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

PHILIP LESERMAN, JR., Doing Business under the Name of THE SUPERVISION COMPANY, Respondent, v. ELIAS SCHLANK, Doing Business under the Name of THE ELECTRIC SUPERVISION COMPANY, Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion as to items 5, 7 and 9 granted. No opinion. The bill of particulars to be served within twenty days from date of order. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.